# UNITED STATES DISTRICT COURT
### for the



FILED

FEB 2 8 2017

Clerk U.S. District Court
Greensboro, NC
BY. MC

| | |
|---|---|
| Brandon Rulund Akins | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. 18CV147 |
| Hoke County Sheriff's Office | ) |
| *Defendant/Respondent* | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

I am unemployed

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources (*check all that apply*):

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I am a Army retired wounded warrior. My only source of income is VA disability compensation and the money my family contributes to help me maintain my household finances as I am unable to afford my bills. The total amount is about $4000 a month. Many of my bills are excessively late or unpaid because of the amount of debt I have where I am considering filing bankrupt.

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 214.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Mortgage $1400    Phone $250         Food $350
Electricity $400   Car Note $395      Gas   $300
Water     $75      Insurance $110     Loans $350
Security  $70      Attorney fees $350 divorce settlement $500
Internet  $50      Credit Cards  $750

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Child expenses $1250

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 01/25/2018 _____

_____
Applicant's signature

Brandon Roland Akins
_____
Printed name